No. 1538, Misc. VEENKANT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1565, Misc. CASEY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1580, Misc. CANSLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1584, Misc. DAVILA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1591, Misc. RILEY *v.* McKESSON. C. A. 9th Cir. Certiorari denied.

No. 1610, Misc. ROBBINS *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner.

No. 1626, Misc. JERNIGAN *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Jeffrey Michael Cohen* for petitioner.

No. 1661, Misc. MOONEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1687, Misc. LAWRENCE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Paul E. Gifford* for petitioner.